UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>                    Plaintiff,<br><br>              v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br><br>                    Defendant. | Civil Action No. 23-0944 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's November 8, 2023, Minute Order, Plaintiff and Defendant, U.S. Department of Transportation ("DOT"), by and through undersigned counsel, hereby provide the following joint status report.

1.     This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on April 6, 2023. ECF No. 1. Plaintiff generally seeks communications about whether DOT officials would visit the site of a train derailment in East Palestine, Ohio. Requests were submitted to DOT, Federal Railroad Administration ("FRA"), and the Pipeline and Hazardous Materials Safety Administration ("PHMSA").

2.     As previously reported, *see, e.g.*, ECF No. 7 ¶ 2, on July 5, 2023, FRA issued a final response and released twenty-one pages in full or in part. On July 11, 2023, PHMSA issued a final response and released two pages in full or in part. *Id.* ¶ 3. On August 11, 2023, DOT's Office of the Secretary issued a final response and released twenty-four pages in full or in part. *Id.* ¶ 4.

3.	As also previously reported, the Parties have proposed deferring the question of whether a *Vaughn* index will be required in this case and whether summary judgment briefing is anticipated until Plaintiff has finished reviewing the documents. *Id*. ¶ 5.

4.	Plaintiff reports that it is still in the process of reviewing the produced documents. The Parties will continue to work in good faith to address any remaining issues, including attorney's fees, in order to resolve this matter without further litigation.

5.	The Parties propose filing another joint status report by no later than January 5, 2024, to advise the Court of the status of this matter, including a recommendation for further proceedings, if needed.

6.	A proposed order is enclosed.

| | |
|---|---|
| Dated: December 6, 2023 | Respectfully submitted, |
| /s/ Jeremiah Morgan  <br>Jeremiah Lee Morgan<br>D.C. Bar #1012943<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West<br>Suite 4<br>Vienna, VA 22180<br>(703) 356-5070<br>jmorgan@lawandfreedom.com<br><br>Counsel for Plaintiff | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Kaitlin K. Eckrote  <br>KAITLIN K. ECKROTE<br>DC Bar #1670899<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2485<br>Kaitlin.Eckrote@usdoj.gov<br><br>*Counsel for the United States of America* |