UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br><br>        Defendant. | Civil Action No. 23-0944 (ABJ) |

## **JOINT STATUS REPORT**

Pursuant to the Court's December 6, 2023 Minute Order, Plaintiff and Defendant, U.S. Department of Transportation ("DOT"), by and through undersigned counsel, hereby provide the following joint status report.

1.      This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on April 6, 2023. ECF No. 1. Plaintiff generally seeks communications about whether DOT officials would visit the site of a train derailment in East Palestine, Ohio. Requests were submitted to DOT, Federal Railroad Administration ("FRA"), and the Pipeline and Hazardous Materials Safety Administration ("PHMSA").

2.      As previously reported, *see, e.g.*, ECF No. 7 ¶ 2, on July 5, 2023, FRA issued a final response and released twenty-one pages in full or in part. On July 11, 2023, PHMSA issued a final response and released two pages in full or in part. *Id*. ¶ 3. On August 11, 2023, DOT's Office of the Secretary issued a final response and released twenty-four pages in full or in part. *Id*. ¶ 4.

3.      In total, Defendant released forty-seven pages to Plaintiff.

4.      Plaintiff reports that it has completed its review of the produced records.

5.      The Parties will continue to work in good faith to address any remaining issues, including attorney's fees, in order to resolve this matter without further litigation.

6.      The Parties propose filing another joint status report by no later than February 5, 2024, to advise the Court of the status of this matter, including a recommendation for further proceedings, if needed.

7.      A proposed order is enclosed.

Dated:  January 5, 2024

*/s/ Jeremiah Morgan*
Jeremiah Lee Morgan
D.C. Bar #1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
DC Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Counsel for the United States of America*